## DEMAREE *v.* THE STATE.

From the Switzerland Circuit Court.

*W. M. Smith, J. A. Works,* and *J. D. Works,* for appellant.
*J. C. Denny,* Attorney General, for the State.

BUSKIRK, J.—The question arising in this case is similar to the point decided in the case of *Christie* v. *The State*, 44 Ind. 408 ; and for the cause there stated, the judgment in the present case is reversed, with costs.

———————————

## WILLIAMS *v.* THE STATE.

From the Switzerland Circuit Court.

*G. W. Mendell* and *S. R. Downey,* for appellant.
*J. C. Denny,* Attorney General, for the State.

PER CURIAM.—The judgment in this case must be reversed, for the reasons given in the case of *Christie* v. *The State*, 44 Ind. 408.

The judgment below is reversed, and the cause remanded, for a new trial.

The clerk will give the proper notice for the return of the prisoner.